WILLIAM I. GARRISON, DEFENDANT IN ERROR, v. H. PHELPS REED, EXECUTOR OF I. WHILDEN MOORE, DECEASED, PLAINTIFF IN ERROR.

Argued November 20, 1908—Decided March 1, 1909.

On error to the Supreme Court.

For the plaintiff in error, *Edward Ambler Armstrong* and *Thompson & Cole.*

For the defendant in error, *John J. Crandall.*

PER CURIAM.

As this case raises the same questions considered and disposed of in Fleming *v.* H. Phelps Reed, Executor of I. Whilden Moore, Deceased, *ante p.* 563, the judgment below, for the reasons given in that case, is affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, J.J.   15.

*For reversal*—None.